An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHRISTOPHER JESSE GORDON,
Appellant,
vs.
JERI GORDON,
Respondent.

No. 66381

**FILED**

DEC 0 8 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal challenging a district court order extending a temporary protection order and denying a motion to dissolve the protection order.

This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *See Taylor Constr. Co. v. Hilton Hotels Corp.*, 100 Nev. 207, 678 P.2d 1152 (1984). And no statute authorizes an appeal from either the extension of a temporary protection order or the denial of a motion to dissolve that order. *See* NRAP 3A(b) (listing orders and judgments from which an appeal may be taken). In particular, although the protection order was extended for one year, the order is nonetheless temporary in nature and is therefore not reviewable by way of an appeal to this court. *See generally In re Temp. Custody of Five Minor Children*, 105 Nev. 441, 777 P.2d 901 (1989) (stating that no

14-39773

appeal may be taken from a temporary order subject to periodic mandatory review). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Nancy L. Porter, District Judge
      Christopher Jesse Gordon
      Hillewaert Law Firm
      Elko County Clerk

---

[1]In light of this order, we deny as moot all requests for relief currently pending in this appeal. Accordingly, the clerk of this court shall return, unfiled the proper person opening brief, appendix, and the rough draft transcript provisionally received in this court on November 17, 2014.